**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKE GELLER and MIKE YARBROUGH, as trustees of the International Brotherhood of Electrical Workers Local 302 Health and Welfare and Pension Trust Funds,<br><br>Plaintiffs,<br>v.<br><br>POWERSOURCE ELECTRICAL CONTRACTORS, INC., a California Corporation,<br><br>Defendant. | Case No.: 10-CV-01730-LHK<br><br>ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Pursuant to Plaintiffs' Request for Dismissal of Entire Action, ECF No. 11, which this Court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby DISMISSES the entire action without prejudice. The clerk shall close the file and VACATE the Case Management Conference set for September 14, 2011.

**IT IS SO ORDERED.**

Dated: September 12, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01730-LHK
ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION